1 BENJAMIN B. WAGNER
United States Attorney
2 GRANT B. RABENN
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimilie: (559) 497-4009
5
Attorneys for the
6 United States of America

**FILED**

JAN 0 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUSTY LEE SALDIVAR, ) <br>     aka Rusty Lee Joseph ) <br>         Saldivar ) <br>     aka Joseph Aguire, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CR. 1:11 MJ 00280 (BAM) <br><br> MOTION AND ORDER FOR <br> DISMISSAL OF COMPLAINT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint without prejudice in the interest of justice.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 6, 2012      By /s/
                              Grant B. Rabenn
                              Assistant U.S. Attorney

1

ORDER

IT IS HEREBY ORDERED that the Complaint be dismissed without prejudice in the interest of justice.

DATED: January 6, 2012

_/s/ Lawrence J. O'Neill_ 11-MJ-280
Hon. Lawrence J. O'Neill
United States District Judge